**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALLIED EMERGENCY SERVICES, INC., An Illinois Corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 20-CV-06136 |
| v. ) ) | Hon. Steven C. Seeger |
| AMERICAN FAMILY INSURANCE COMPANY, A Property & Casualty Foreign Stock Insurance Company, ) ) ) ) | |
| Defendant. ) ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff, ALLIED EMERGENCY SERVICES ("ALLIED"), and Defendant, AMERICAN FAMILY INSURANCE COMPANY ("AMERICAN FAMILY"), have conferred as required by Rule 26(f), and through their undersigned counsel, jointly submit the following Joint Status Report as required by the Court's Order dated December 29, 2020.

**I.** **Nature of the Case**

    A.    Attorneys of Record

| | |
|---|---|
| John A. Busch, Esq. | Thomas J. Finn |
| ARDC No.: 6199355 | ARDC No.: 6189092 |
| Bruning & Associates, P.C. | Leahy, Eisenberg & Fraenkel, Ltd. |
| Attorney for Plaintiff | Attorney for Defendant |
| 2 N. Riverside Plaza, Suite 1830 | 33 W. Monroe St., Suite 1100 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| (312) 897-2010 | (312) 368-4554 |
| jbusch@bruninglaw.com | tjf@lefltd.com |

    B.    **Jurisdiction**

This case was removed to this Court from the Nineteenth Judicial Circuit Court in Lake County, Illinois pursuant to 28 U.S.C. § 1446, 1441(a) and 1332(a). Plaintiff, ALLIED, is an Illinois corporation doing business in Lake County, Illinois with its principal office located in Oakbrook,

Illinois. Defendant, AMERICAN FAMILY, is a Wisconsin Property & Casualty Stock Insurance Company with its principal office located in Madison, Wisconsin. ALLIED is an Illinois corporation and AMERICAN FAMILY is a Wisconsin corporation, the complete diversity requirement of 28 U.S.C. § 1332(a) is satisfied. ALLIED's Complaint seeks damages in excess of the jurisdictional limit, alleges that ALLIED sustained damages in the amount of $106,708.46, and seeks Illinois Insurance Code Section 155 damages, reasonable attorney's fees and additional costs and expenses.

    C.    **Nature of Claims**

In Count I of the Complaint, ALLIED alleges that it obtained an assignment of an insurance clam from AMERICAN FAMILY's insured, Mr. Matthew Sipolt ("Sipolt"). Plaintiff alleges AMERICAN FAMILY breached its contract of insurance with Sipolt for failure to pay for damages to the roof and exterior of Sipolt's residence at 303 Center St., Ingleside, Illinois allegedly caused by a June 1, 2019 violent storm which produced large hail and high winds. Count II alleges that AMERICAN FAMILY violated Section 155 of the Illinois Insurance Code in that AMERICAN FAMILY's refusal to pay was vexatious and made in bad faith. In response, AMERICAN FAMILY filed its answer denying that it breached the insurance policy. AMERICAN FAMILY filed affirmative defenses alleging that Sipolt accepted payment from AMERICAN FAMILY in the amount of $11,142.33 in full satisfaction of the actual cash value of the loss sustained by Sipolt for the damage, precluding ALLIED from seeking any additional damages.

    D.    **Parties**

All parties have been served. There are currently no issues related to non-service of process.

    E.    **Principal Legal Issues**

The principal legal issues in this case will be the scope of coverage under the policy, the scope of covered damages alleged to have been sustained, Section 155 of the Insurance Code, and the impact of the alleged acceptance of payment by Sipolt.

**F.     Principal Factual Issues**

The principal factual issue in the case is the scope of covered damages to the insured premises.

**G.     Jury Demand(s)**

Plaintiff did not demand a jury in its Complaint, filed in the Nineteenth Judicial Circuit Court in Lake County, Illinois on May 11, 2020. Defendant filed a jury demand on October 15, 2020. Plaintiff respectfully prays for judgment against the Defendant in the following amount: One Hundred-Six-Thousand-Eight Dollars and Forty-Six Cents ($106, 708.46); reasonable attorney's fees; and all costs and expenses incurred in pursuing Plaintiff's claim.

**II.     Discovery**

A.     This case will require written and fact discovery, including witness depositions. It is possible expert discovery will be required.

| Event | Deadline |
|---|---|
| Amendment to the pleadings | |
| Service of process on any "John Does" | N/A |
| Completion of Fact Discovery | July 30, 2021 |
| Disclosure of Plaintiff's Expert Report(s) | One month after the close of fact discovery (insert a date certain) August 31, 2021 |
| Deposition of Plaintiff's Expert | September 30, 2021 |
| Disclosure of Defendant's Expert Report(s) | October 29, 2021 |
| Deposition of Defendant's Expert | November 30, 2021 |
| Dispositive Motions | One month after the close of expert discovery (insert a date certain) December 31, 2021 |

**III.     Trial**

    A.    Defendant has demanded a jury trial. The parties have not determined an agreed upon date for trial. At this time, the parties anticipate the trial will be approximately 3 to 5 days.

IV.    **Settlement, Referrals, and Consent**

    A.    **Settlement Discussions**

Presently, there have not been any settlement discussions between the parties.

    B.    **Settlement Conference**

There have not been discussions of a settlement conference between the parties. However, the parties are not averse to a settlement conference with a Magistrate Judge.

    C.    **Proceed before Magistrate**

The parties have yet to decide whether they agree to proceedings before Magistrate Judge Cummings.

Respectfully submitted,

| BRUNING & ASSOCIATES, P.C. | LEAHY, EISENBERG & FRAENKEL, LTD. |
|---|---|
| By: _/s/ Andre Ordeanu_ | By: _/s/ Thomas j. Finn_ |
|     Andre Ordeanu |     Thomas J. Finn |
|     Attorney for Plaintiff |     Attorney for American Family Insurance Co. |

Andre Ordeanu, Esq.
ARDC No.: 6280752
Bruning & Associates, P.C.
Attorney for Plaintiff
Mailing Address: 333 Commerce Drive, Suite 900, Crystal Lake, IL 60014
Office Address (currently closed):
2 N. Riverside Plaza, Suite 1830, Chicago, IL 60606
(312) 897-2010
aordeanu@bruninglaw.com

Thomas J. Finn
ARDC #6189092
Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe St., Suite 1100
Chicago, IL 60603
(312) 368-4554
tjf@lefltd.com