UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLIED EMERGENCY SERVICES, INC., An Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 20-CV-06136 |
| v. | ) ) | The Hon. Jeffrey I. Cummings |
| AMERICAN FAMILY INSURANCE COMPANY, A Property & Casualty Foreign Stock Insurance Company, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Plaintiff, ALLIED EMERGENCY SERVICES ("ALLIED"), and Defendant, AMERICAN FAMILY INSURANCE COMPANY ("AMERICAN FAMILY"), have conferred as required by Rule 26(f), and through their undersigned counsel, jointly submit the following Joint Status Report as required by the Court's Order dated January 29, 2021.

1. This case was removed to this Court from the Nineteenth Judicial Circuit Court in Lake County, Illinois pursuant to 28 U.S.C. § 1446, 1441(a) and 1332(a). Plaintiff, ALLIED, is an Illinois corporation doing business in Lake County, Illinois with its principal office located in Oakbrook, Illinois. Defendant, AMERICAN FAMILY, is a Wisconsin Property & Casualty Stock Insurance Company with its principal office located in Madison, Wisconsin. ALLIED is an Illinois corporation and AMERICAN FAMILY is a Wisconsin corporation, the complete diversity requirement of 28 U.S.C. § 1332(a) is satisfied. ALLIED's Complaint seeks damages in excess of the jurisdictional limit, alleges that ALLIED sustained damages in the amount of $106,708.46,

1

and seeks Illinois Insurance Code Section 155 damages, reasonable attorney's fees and additional costs and expenses.

2. In Count I of the Complaint, ALLIED alleges that it obtained an assignment of an insurance claim from AMERICAN FAMILY's insured, Mr. Matthew Sipolt ("Sipolt"). Plaintiff alleges AMERICAN FAMILY breached its contract of insurance with Sipolt for failure to pay for damages to the roof and exterior of Sipolt's residence at 303 Center St., Ingleside, Illinois allegedly caused by a June 1, 2019 violent storm which produced large hail and high winds. Count II alleges that AMERICAN FAMILY violated Section 155 of the Illinois Insurance Code in that AMERICAN FAMILY's refusal to pay was vexatious and made in bad faith. In response, AMERICAN FAMILY filed its answer denying that it breached the insurance policy. AMERICAN FAMILY filed affirmative defenses alleging that Sipolt accepted payment from AMERICAN FAMILY in the amount of $11,142.33 in full satisfaction of the actual cash value of the loss sustained by Sipolt for the damage, precluding ALLIED from seeking any additional damages. **A courtesy copy of the current complaint, answer, counterclaim, etc., should be delivered to Chambers with the status report.**

3. Plaintiff respectfully prays for judgment against the Defendant in the following amounts:

    A.) One Hundred-Six-Thousand-Seven-Hundred-Eight Dollars and Fort-Six Cents ($106,708.46);

    B.) Sixty percent (60%) of the amount in controversy;

    C.) Reasonable Attorney's Fees; and

    D.) All costs and expenses incurred in pursuing Plaintiff's claim.

4. There are currently no pending motions.

5. This case will require written and fact discovery, including witness depositions. It is possible expert discovery will be required.

| Event | Deadline |
|---|---|
| Amendment to the pleadings | April 30, 2021 |
| Service of process on any "John Does" | N/A |
| Completion of Fact Discovery | July 30, 2021 |
| Disclosure of Plaintiff's Expert Report(s) | August 31, 2021 |
| Deposition of Plaintiff's Expert | September 30, 2021 |
| Disclosure of Defendant's Expert Report(s) | October 29, 2021 |
| Deposition of Defendant's Expert | November 30, 2021 |
| Dispositive Motions | December 31, 2021 |

6. Parties do not anticipate discovery will include electronically stored information ("ESI").

7. The parties have exchanged Rule 26(a)(1) Disclosures and issued written discovery.

8. Plaintiff did not demand a jury in its Complaint, filed in the Nineteenth Judicial Circuit Court in Lake County, Illinois on May 11, 2020. Defendant filed a jury demand on October 15, 2020. Plaintiff respectfully prays for judgment against the Defendant in the following amount: One Hundred-Six-Thousand-Eight Dollars and Forty-Six Cents ($106, 708.46); reasonable attorney's fees; and all costs and expenses incurred in pursuing Plaintiff's claim.

9. Plaintiff has issued a demand letter for settlement, and Defendant has provided a response settlement letter with Defendant's offer.

Respectfully submitted,

| | |
|---|---|
| BRUNING & ASSOCIATES, P.C. | LEAHY, EISENBERG & FRAENKEL, LTD. |
| By: /s/ Andre Ordeanu | By: /s/ Thomas J. Finn |
|     Andre Ordeanu |     Thomas J. Finn |
|     Attorney for Plaintiff |     Attorney for Defendant |

Andre Ordeanu, Esq.  
ARDC #6280752  
Bruning & Associates, P.C.  
Attorney for Plaintiff  
2 N. Riverside Plaza, Suite 1830  
Chicago, IL 60606  
(312) 897-2010  
aordeanu@bruninglaw.com

Thomas J. Finn  
ARDC #6189092  
Leahy, Eisenberg & Fraenkel, Ltd.  
Attorney for Defendant  
33 W. Monroe St., Suite 1100  
Chicago, IL 60603  
(312) 368-4554  
tjf@lefltd.com