UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLIED EMERGENCY SERVICES, INC., An Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 20-CV-06136 |
| v. | ) ) | The Hon. Jeffrey I. Cummings |
| AMERICAN FAMILY INSURANCE COMPANY, A Property & Casualty Foreign Stock Insurance Company, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Plaintiff, ALLIED EMERGENCY SERVICES ("ALLIED"), and Defendant, AMERICAN FAMILY INSURANCE COMPANY ("AMERICAN FAMILY"), have conferred as required by Rule 26(f), and through their undersigned counsel, jointly submit the following Joint Status Report as required by the Court's Minute Entry dated June 22, 2021.

1.) The following Fact Discovery is completed.

    a.) The parties have exchanged Rule 26(a) Disclosures.

    b.) Plaintiff propounded Interrogatories and Requests to Produce on June 21, 2021.

2.) Remaining Fact Discovery.

    a.) It is anticipated that four (4) depositions will be required:

        i.) Curt Testa, President, Allied Emergency Services, Inc.
        ii.) Richard Sipolt, Homeowner/Policy Holder
        iii.) Matthew Sipolt, Homeowner/Policy Holder
        iv.) Cary Haskell, Claims Adjuster, American Family Insurance Company.

    b.) Depositions scheduled to be completed by August 30, 2021.

    c.) The parties may require Expert Witnesses following completion of the depositions listed above.

    d.) Plaintiff's Expert Witnesses to be disclosed by September 30, 2021.

    e.) Defendant's Expert Witnesses to be completed by October 30, 2021.

3.) No discovery disputes exist requiring the Court's attention.

Respectfully submitted,

| BRUNING & ASSOCIATES, P.C. | LEAHY, EISENBERG & FRAENKEL, LTD. |
|---|---|
| By: /s/ John A. Busch | By: /s/ Thomas J. Finn |
|   John A. Busch |   Thomas J. Finn |
|   Attorney for Plaintiff |   Attorney for Defendant |

John A. Busch          Thomas J. Finn
ARDC #6199355         ARDC #6189092
Bruning & Associates, P.C.      Leahy, Eisenberg & Fraenkel, Ltd.
Attorney for Plaintiff        Attorney for Defendant
2 N. Riverside Plaza, Suite 1830    33 W. Monroe St., Suite 1100
Chicago, IL 60606         Chicago, IL 60603
(312) 897-2010          (312) 368-4554
jbusch@bruninglaw.com      tjf@lefltd.com